**Thomas E. METCALFE,
Plaintiff–Appellant,**

v.

**POSTMASTER GENERAL, U.S. Postal Service, an independent agency of the United States of America, Defendant–Appellee.**

No. 12–15592.

United States Court of Appeals,
Eleventh Circuit.

March 3, 2014.

Robin I. Bresky, Randall D. Burks, Law Offices of Robin Bresky, Boca Raton, FL, Charles Eiss, Lindsay Marie Timari, Law Offices of Charles Eiss, PL, Plantation, FL, for Plaintiff–Appellant.

Lisette Marie Reid, Kathleen Mary Salyer, Anne Ruth Schultz, Wifredo A. Ferrer, Charles S. White, U.S. Attorney's Office, Miami, FL, for Defendant–Appellee.

Before ANDERSON, Circuit Judge, and MOODY * and SCHLESINGER,** District Judges.

PER CURIAM:

Although we are inclined to believe that it would have been better to have granted the motion for extension of time, we cannot conclude that plaintiff has demonstrated reversible error. The plaintiff had ample time to digest all of the late discovery by the time of the motion to reconsider. However, neither that motion, nor in the plaintiff's brief on appeal, nor at oral argument has plaintiff pointed to any indication of discrimination, or even any indication that further proceedings might develop evidence of discrimination. Accordingly, the judgment of the district court is

AFFIRMED.

---

* Honorable James S. Moody, Jr., United States District Judge for the Middle District of Florida, sitting by designation.

** Honorable Harvey E. Schlesinger, United States District Judge for the Middle District of Florida, sitting by designation.